303 Ga. 467
FINAL COPY

S14Y0319. IN THE MATTER OF ROBERT BRUCE RICHBOURG.

PER CURIAM.

The Court having reviewed the Notice of Compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Robert Bruce Richbourg has met the conditions for reinstatement as specified by this Court (see In the Matter of Richbourg, 295 Ga. 356 (759 SE2d 865) (2014)), it is hereby ordered that Robert Bruce Richbourg be reinstated to practice law in the State of Georgia.

Reinstated. All the Justices concur.

Decided April 13, 2018.

Reinstatement.

Paula J. Frederick, General Counsel State Bar, Jonathan W. Hewett, Assistant General Counsel State Bat, for State Bar of Georgia.